Judge Pɪɢoᴛᴛ taking no part.

In the Matter of Roʙᴇʀᴛ M. Rᴇsᴛᴀɪɴo, as Judge of the Niagara Falls City Court, Niagara County, Petitioner. Sᴛᴀᴛᴇ Coᴍᴍɪssɪoɴ oɴ Jᴜᴅɪᴄɪᴀʟ Coɴᴅᴜᴄᴛ, Respondent.

Submitted February 11, 2008; decided February 14, 2008

Judge Pɪɢoᴛᴛ taking no part.

In the Matter of Roʙᴇʀᴛ M. Rᴇsᴛᴀɪɴo, as Judge of the Niagara Falls City Court, Niagara County, Petitioner. Sᴛᴀᴛᴇ Coᴍᴍɪssɪoɴ oɴ Jᴜᴅɪᴄɪᴀʟ Coɴᴅᴜᴄᴛ, Respondent.

Submitted February 11, 2008; decided February 14, 2008

Judge Pɪɢoᴛᴛ taking no part.

[883 NE2d 352, 853 NYS2d 528]

In the Matter of Gᴇoʀɢᴇ P. Aʟᴇssɪo, Jʀ., Appellant, v Pᴀᴜʟ G. Cᴀʀᴇʏ et al., Respondents.

Argued February 8, 2008; decided February 15, 2008